**Frank B. COCKRELL, II,**
**Plaintiff–Appellant,**

v.

**Michael BRADBURY; et al.,**
**Defendants–Appellees.**

No. 08–55163.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 8, 2009.

Frank B. Cockrell, II, Susanville, CA, pro se.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Frank B. Cockrell, II, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action as barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal pursuant to 28 U.S.C. § 1915(e). *Huftile v. Miccio–Fonseca*, 410 F.3d 1136 (9th Cir.2005). We affirm.

The district court properly dismissed the action alleging that the defendants engaged in a conspiracy leading to Cockrell's criminal convictions because judgment in Cockrell's favor would necessarily imply the invalidity of those convictions, and Cockrell has failed to demonstrate that his convictions have been invalidated. *See Heck*, 512 U.S. at 487, 114 S.Ct. 2364.

Cockrell's remaining contentions are unpersuasive.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

